[No. 17797-8-II.   Division Two.   March 29, 1996.]

REBECCA DEWAAL, *Respondent*, v. GEORGE D. OH, M.D., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-00415-1, Rosanne Buckner, J., entered December 16, 1993. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18162-2-II.   Division Two.   March 29, 1996.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*, v. DALE WASHAM, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-11732-4, Vicki L. Hogan, J., entered March 18, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Armstrong, JJ.

[No. 18221-1-II.   Division Two.   March 29, 1996.]

*In the Matter of the Marriage of* TRACEY A. DOERING (EMERY), *Appellant*, v. GALE B. EMERY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84-3-00857-1, Brian M. Tollefson, J., entered April 8, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Armstrong, JJ.